UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BREVARD COUNTY, FLORIDA,**

   **Plaintiff,**

v.               **Case No: 6:14-cv-2041-Orl-41KRS**

**MIKE SMALDORE,**

   **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Removal (Doc. 1). United States Magistrate Karla R Spaulding issued a Report and Recommendation ("R&R," Doc. 5), recommending that the state court cases removed to this Court be remanded. Defendant timely filed an objection (Doc. 6) to the R&R.

The only discernable objection made by Defendant was that the R&R reviewed the removal requirements under 28 U.S.C. § 1443 instead of § 1455. (Objection at 1). Defendant argues that § 1455 sets forth the requirements for the removal of criminal cases, and § 1443 sets forth the requirements for the removal of civil cases. (*Id.*). Defendant is incorrect. Section 1455 addresses the procedure for removing criminal prosecutions. However, in order to comply with § 1455, the removing Defendant must provide a basis upon which removal is allowed. Section 1443 sets forth one of those limited bases,[1] as does § 1442a, which is also addressed in the R&R.

---

[1] Defendant may be confused by the inclusion of the term "civil" in the title of § 1443—setting forth the requirement for removal in "[c]ivil rights cases." However, civil rights in this context does not refer to whether a case is civil or criminal, but rather, a set of rights guaranteed by the United States Constitution.

Accordingly, after an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the R&R.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Correction (Doc. 4) is **DENIED as moot**.

3. Case No. 12CR050682 is **REMANDED** to Onslow County, North Carolina District Court.

4. Case No. 052012mm068410-axxx-x, Case No. 052013mm056370-axxx-xx, and Case No. 05-2013-AP-021258-AXXX-XX are **REMANDED** to the Eighteenth Judicial Circuit Court in and for Brevard County, Florida.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
Clerk of the Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida
Clerk of the Court for Onslow County, North Carolina